## United States Bankruptcy Court
### Southern District of Florida

In re  **Kristin Carlin Comella**
**Shawn Kent Mann**
_____
Debtor(s)

Case No. **25-15222-SMG**
Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule E/F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: **Biohackers Health and Fitness, LLC and Infinite Impact Health LLC**

Date: **May 21, 2025**

**/s/ Chad P. Pugatch, Esq.**
**Chad P. Pugatch, Esq.**
Attorney for Debtor(s)
**LORIUM LAW**
**101 NE 3rd Ave.**
**Suite 1800**
**Fort Lauderdale, FL 33301**
**954-462-8000 Fax:954-462-4300**
**cpugatch@loriumlaw.com**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Kristin** | **Carlin** | **Comella** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shawn** | **Kent** | **Mann** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | 25-15222-SMG | | |

■ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.
   ☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|   |   |   | Total claim |
|---|---|---|---|
| 4.1 | **Bank of America** | Last 4 digits of account number  **6366** | **$26,823.07** |
|   | Nonpriority Creditor's Name | | |
|   | **PO Box 538673** | When was the debt incurred? **2015-2022** | |
|   | **Atlanta, GA 33053** | | |
|   | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
|   | Who incurred the debt? Check one. | | |
|   | ■ Debtor 1 only | ☐ Contingent | |
|   | ☐ Debtor 2 only | ☐ Unliquidated | |
|   | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
|   | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
|   | ☐ Check if this claim is for a  community debt | ☐ Student loans | |
|   | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
|   | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
|   | ☐ Yes | ■ Other. Specify _____ | |

Debtor 1 **Kristin Carlin Comella**
Debtor 2 **Shawn Kent Mann**                                                    Case number (if known) **25-15222-SMG**

| | | | |
|---|---|---|---|
| **4.2** | **Bank of America** | Last 4 digits of account number **7460** | **$31,732.22** |

Nonpriority Creditor's Name
**PO Box 538673**
**Atlanta, GA 33053**
Number Street City State Zip Code

When was the debt incurred? **2023-2025**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **Credit Card - Business - Infinite Impact Health LLC**

---

| | | | |
|---|---|---|---|
| **4.3** | **Bank of America** | Last 4 digits of account number **6590** | **$27,685.90** |

Nonpriority Creditor's Name
**PO Box 538673**
**Atlanta, GA 33053**
Number Street City State Zip Code

When was the debt incurred? **2023-2025**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **Credit Card -Business - Infinite Impact Health LLC**

---

| | | | |
|---|---|---|---|
| **4.4** | **Bank of America** | Last 4 digits of account number **1774** | **$44,836.93** |

Nonpriority Creditor's Name
**PO Box 538673**
**Atlanta, GA 33053**
Number Street City State Zip Code

When was the debt incurred? **2019-2025**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **Credit Card - Business Biohackers Health and Fitness LLC**

---

Debtor 1  **Kristin Carlin Comella**
Debtor 2  **Shawn Kent Mann**                                    Case number (if known)  **25-15222-SMG**

---

| 4.5 | **Bank of America** | Last 4 digits of account number | **6341** | $1,357.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Nc4-105-03-14 Pob 26012**
**Greensboro, NC 27410**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card purchases**

---

| 4.6 | **Biohackers Health and Fitness, LLC** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**c/o Philip J. Von Kahle as Assignee for**
**the Benefit of Creditors**
**1885 Marina Mile Blvd., Suite 103**
**Fort Lauderdale, FL 33315**
Number Street City State Zip Code

When was the debt incurred?  **4/25/25**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Potential Claim - nature and amount currently unknown**

---

| 4.7 | **Boca Raton Regional Hospital** | Last 4 digits of account number | **1005** | $929.55 |

Nonpriority Creditor's Name
**Mail Code 5600**
**PO Box 71200**
**Charlotte, NC 28227-2120**
Number Street City State Zip Code

When was the debt incurred?  **2025**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Bill**

---

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 3 of 7

Debtor 1    **Kristin Carlin Comella**
Debtor 2    **Shawn Kent Mann**                                          Case number (if known)    **25-15222-SMG**

| 4.8 | **Daily Wellness, LLC** | Last 4 digits of account number | **6818** | Unknown |

Nonpriority Creditor's Name
**c/o Kathleen A. Daly, Esq.**
**515 North Flagler Drive, Suite P300**
**West Palm Beach, FL 33401**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Civil Case Pending - Broward County**

| 4.9 | **Infinite Impact Health LLC** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**c/o Philip J. Von Kahle as Assignee for**
**the Benefit of Creditors**
**1885 Marina Mile Blvd., Suite 103**
**Fort Lauderdale, FL 33315**
Number Street City State Zip Code

When was the debt incurred?    **4/25/25**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential Claim - nature and amount currently uknown**

| 4.10 | **IRS, Centralized Insolvency Operations** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **## NOTICE ONLY ##**

Official Form 106 E/F         Schedule E/F: Creditors Who Have Unsecured Claims         Page 4 of 7

| | |
|---|---|
| Debtor 1 **Kristin Carlin Comella** | |
| Debtor 2 **Shawn Kent Mann** | Case number (if known) **25-15222-SMG** |

---

**4.1.1**

**Parafin, Inc.**
Nonpriority Creditor's Name
**301 Howard Street, Suite 1500**
**San Francisco, CA 94105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     $113,140.95

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **blanket lien (Infinite Impact Health LLC)**

---

**4.1.2**

**U.S. Small Business Administration**
Nonpriority Creditor's Name
**51 SW 1st Avenue, Suite 201**
**Miami, FL 33130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **7400**     $440,000.00

**When was the debt incurred?** **2020-2021**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Covid-19 EIDL loan - Business - Biohackers Health and Fitness LLC (Personal Guaranty)**

---

**4.1.3**

**U.S. Small Business Administration**
Nonpriority Creditor's Name
**51 SW 1st Ave., Suite 201**
**Miami, FL 33130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **7810**     $1,674,800.00

**When was the debt incurred?** **2020-2021**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Covid-19 - EIDL loan - Business U.S. Stem Cell and Infinite Impact Health LLC (Personal Guaranty)**

---

Debtor 1 **Kristin Carlin Comella**
Debtor 2 **Shawn Kent Mann**                                        Case number (if known) **25-15222-SMG**

### 4.14 West Boca Property
**Nonpriority Creditor's Name**
c/o M&J Wilkow Properties
20 South Clark, Suite 3000
Chicago, IL 60603
Number Street City State Zip Code

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal Guaranty for Business Lease: Infinite Impact Health LLC/US Stem Cell Clinic LLC, 9874 Yamato Road, Suite 122, Boca Raton, FL 33434; expires 10/32**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

### 4.15 Weston Commercial Properties, Ltd.
**Nonpriority Creditor's Name**
c/o Weston Commercial Center
2600 Glades Circle, Suite 200
Weston, FL 33327
Number Street City State Zip Code

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal Guaranty for Business Lease - Biohackers Health and Fitness LLC; 2750 Glades Circle, Suite 500, Weston, FL 33327 ; expires 12/27**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. $ 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $ 0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |

Official Form 106 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 6 of 7

| Debtor 1 | Kristin Carlin Comella | | |
|---|---|---|---|
| Debtor 2 | Shawn Kent Mann | Case number (if known) | 25-15222-SMG |

| | | | | | |
|---|---|---|---|---|---|
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |
| **Total claims from Part 2** | | | | | **Total Claim** |
| | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 2,361,305.62 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 2,361,305.62 |

# United States Bankruptcy Court
## Southern District of Florida

In re  **Kristin Carlin Comella**
**Shawn Kent Mann** _____  Case No. **25-15222-SMG**

Debtor(s)  Chapter **7**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedule E/F, consisting of **7** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 21, 2025**    Signature **/s/ Kristin Carlin Comella**
**Kristin Carlin Comella**
Debtor 1

Date **May 21, 2025**    Signature **/s/ Shawn Kent Mann**
**Shawn Kent Mann**
Debtor 2

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.