United States Bankruptcy Court
Southern District of Florida

In re **Kristin Carlin Comella / Shawn Kent Mann**                              Case No. **25-15222-SMG**
                               Debtor(s)                                         Chapter **7**

# DEBTORS' NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[X]   The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
   1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
   2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
   3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
   4. filed an amended schedule(s).

[ ]   The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted)**. I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
   3. filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
   1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
   2. filed an amended schedule(s) or other paper.

[ ]   The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
   3. filed an amended schedule(s) and summary of schedules.

[ ]   None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It [ ] does [ ] does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

LF-4 (rev. 12/01/15)

Dated: **May 21, 2025**

| | |
|---|---|
| **/s/ Chad P. Pugatch, Esq.** | **/s/ Kristin Carlin Comella** |
| Attorney for Debtor (or Debtor, if pro se) | **Kristin Carlin Comella** |
| | Debtor |
| | |
| **Chad P. Pugatch, Esq.** | **/s/ Shawn Kent Mann** |
| Print Name and Florida Bar Number | **Shawn Kent Mann** |
| | Joint Debtor (if applicable) |
| | |
| | **101 NE 3rd Ave.** |
| | **Suite 1800** |
| | **Fort Lauderdale, FL 33301** |
| | Address |
| | |
| | **954-462-8000 Fax: 954-462-4300** |
| | **cpugatch@loriumlaw.com** |
| | Phone Number |

LF-4 (rev. 12/01/15)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Kristin Carlin Comella / Shawn Kent Mann**, Debtor(s)

Case No. **25-15222-SMG**
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 21, 2025**, a copy of Debtors' Notice of Compliance with Requirements for Amended Creditor Information and the 341 Meeting Notice were served electronically or by regular United States Mail to all interested parties, the Trustee and all creditors listed below.

Biohackers Health and Fitness, LLC
c/o Philip J. Von Kahle as Assignee for the Benefit of Creditors
1885 Marina Mile Blvd., Suite 103
Fort Lauderdale, Florida 33315

Infinite Impact Health LLC
c/o Philip J. Von Kahle as Assignee for the Benefit of Creditors
1885 Marina Mile Blvd., Suite 103
Fort Lauderdale, Florida 33315

/s/ Chad P. Pugatch, Esq.
Chad P. Pugatch, Esq.
LORIUM LAW
101 NE 3rd Ave.
Suite 1800
Fort Lauderdale, FL 33301
954-462-8000 Fax:954-462-4300
cpugatch@loriumlaw.com